UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

COURT FILE NO.: 00-CV-145 JMR/FLN

---

Mitchell Varner,

Plaintiff,

vs.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NCO Financial Services, Inc.
f/d/b/a Compass Receivables
Management Corp.,

Defendant.

---

The undersigned attorneys hereby advise the Court that all claims, counterclaims and cross claims by all parties in the above-entitled cause of action have been fully compromised and settled. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that this entire lawsuit may be, and hereby is, dismissed on its merits and with prejudice, but without costs or disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of all claims, counterclaims and cross claims, without costs or disbursements to any of the parties, may be entered herein.

THE BARRY LAW OFFICE, LTD.

Dated: 4/27/2000

By: [signature]

Peter F. Barry, #0266577
Attorneys for Plaintiff
1560 Beam Avenue, Suite A
Maplewood, MN 55109
(651) 714-8800

FILED MAY 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D MAY 04 2000
DEPUTY CLERK

ERSTAD & RIEMER, P.A.

Dated: 4/26/00

By: ______________________

Patrick D. Reilly, #90451
Attorneys for Defendants
1000 Northland Plaza
3800 West 80th Street
Minneapolis, MN 55431-4441
(612) 896-3700

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 3rd day of May, 2000.

BY THE COURT:

Judge of United States District Court

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action be, and the same hereby is, dismissed with prejudice and on its merits and without costs or disbursements to any party.

WITNESS THE HONORABLE ____________________, one of the Judges of this Court, this ___ day of ________________, 2000.

BY THE COURT:

FRANCIS E. DOSAL

Clerk of United States District Court

By Shirley Hansen Deputy Clerk